IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**FREDERICK TUBBS** **PLAINTIFF**

VS. NO. 4:05-cv-36-TSL-JMR

**SYSCO FOOD SERVICES OF JACKSON, LLC;**
**ORLANDO NEAL, INDIVIDUALLY;**
**MICHAEL TIBBIT, INDIVIDUALLY; AND**
**BYRON PITTMAN , INDIVIDUALLY** **DEFENDANTS**

## ORDER DISMISSING ACTION
## BY REASON OF SETTLEMENT

The court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

It is ORDERED that the action is DISMISSED without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This 15th day of June, 2006.

/s/ Tom S. Lee
U.S. DISTRICT JUDGE TOM S. LEE


As agreed by the parties:

/s/ John M. Mooney, Jr.
John M. Mooney, Jr.
Attorney for the Plaintiff


/s/ Richard A. Hammond
Richard A. Hammond
Attorney for the Defendants