IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**FREDERICK TUBBS**                                                                       **PLAINTIFF**

VS.                                                                                           NO. 4:05-cv-36-TSL-JMR

**SYSCO FOOD SERVICES OF JACKSON, LLC;**
**ORLANDO NEAL, INDIVIDUALLY;**
**MICHAEL TIBBIT, INDIVIDUALLY; AND**
**BYRON PITTMAN, INDIVIDUALLY**                                                **DEFENDANTS**

### AGREED ORDER OF DISMISSAL

By agreement of the parties, this matter is hereby dismissed with prejudice with each party to bear its own costs.

SO ORDERED, this 27th day of June, 2006.

/s/ Tom S. Lee
U. S. DISTRICT COURT JUDGE

AS AGREED TO BY THE PARTIES:

s/ John M. Mooney, Jr.
John M. Mooney, Jr., Esq.
Attorney for the Plaintiff

s/ Richard A. Hammond
Richard A. Hammond, Esq.
Attorney for the Defendants